IDA NEUFELD, Respondent, *v.* DELFEW REALTY Co., INC., et al., Appellants.

(Submitted October 11, 1928; decided October 26, 1928.)

*Isidore Cohn* for appellants.
*Samuel Rabinowitz* for respondent.

 no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.